NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KATHLEEN DUNCAN,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5066

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-698, Judge Christine O.C. Miller.

---

**ON MOTION**

---

**ORDER**

Kathleen Duncan submits the Court of Federal Claims Application to Proceed In Forma Pauperis which this court treats as a motion for reconsideration of the court's order dismissing her petition for review for failure to pay the docketing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for reconsideration will be granted, the mandate will be recalled, the dismissal order will be vacated, and the petition for review will be reinstated if, within 30 days of the date of filing of this order, Duncan pays the $450 docketing fee or submits a completed motion for leave to proceed in forma pauperis using the enclosed form.

FOR THE COURT

**MAY 23 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kathleen Duncan (Enclosure: In Forma Pauperis Form,)
   Joshua A. Mandlebaum, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 23 2011**

**JAN HORBALY**
**CLERK**